JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SUZANNE DAVIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security Administration,<br><br>　　Defendant. | CASE NO. 2:14-cv-06315-DTB<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: August 13, 2015　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　HON. DAVID T. BRISTOW
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE